

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 18, 2015

**BY ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    <u>United States</u> v. <u>Kendal Thompson</u>,
              14 Cr. 130 (LAP)

Dear Judge Preska:

      The Government writes, with consent of counsel for defendant Kendal Thompson, respectfully to request an adjournment of the suppression hearing in this case, which is currently scheduled for February 19, 2015, at 11:30 a.m.  The reason for this adjournment request is that the Government learned yesterday that one of the witnesses it would call at the hearing is on vacation on February 19, 2015.

      As the Court is aware, a suppression hearing was originally held before the Honorable Robert P. Patterson on January 23, 2015.  Three witnesses from the New York City Police Department testified at that hearing.  As noted above, one of those three witnesses is unavailable for the hearing scheduled by Your Honor on February19, 2015.

      The Government has conferred with defense counsel, who is scheduled to begin a trial in state court on February 24, 2015.  Defense counsel expects that the trial will conclude by March 6, 2015.  The parties therefore respectfully request that the Court adjourn the suppression hearing in this case to the week of March 9, 2015.

                                       Respectfully,

                                       PREET BHARARA
                                       United States Attorney

                        By:   _____
                                       Richard A. Cooper
                                       Assistant United States Attorney
                                       Tel. No.: (212) 637-1027

cc:     Anthony Cecutti, Esq. (by ECF)